PROB. 35
(Rev. 7/04)

Report and Order Terminating Probation/Supervised Release Prior to Original Expiration Date

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

08 JUN 18 AM 9: 12

OFFICE OF THE CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA

v.

Docket # 4:02CR3153

**Danny Medberry**

On May 5, 2003, the above-named offender was sentenced to 37 months custody, to be followed by 36 months supervised release. The period of supervised release commenced March 7, 2006. Danny Medberry has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that Mr. Medberry be discharged from supervision.

Respectfully submitted,

Jeff A. Anthens
U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the probationer/supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this 18th day of June, 2008.

The Honorable Lyle E. Strom
United States Senior District Judge